# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Karl Johnson, | ) | Case No. 1:19-cr-015 |
| | ) | |
| Defendant. | ) | |

On February 19, 2020, defendant filed notice of substitution of counsel. For good cause shown, the court authorizes attorney Bobbi Weiler to withdraw as defense counsel of record. Attorney Thomas Jackson is appointed to represent defendant in this matter and shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2020.

                                                       */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court